UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | CASE NO. CV 04-3580-ER (PJWx) |
| Plaintiff, | RENEWAL OF DEFAULT JUDGMENT BY CLERK |
| vs. | |
| PETRA MORAN URAJE, individually and dba El Chilango #3, | |
| Defendant. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant PETRA MORAN URAJE, individually and dba El Chilango #3, the Default Judgment entered on 3/23/05 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment     $28,796.00
    b. Costs after judgment     $ -0-
    c. Attorneys fees:     $ -0-
    d. Subtotal (*add a and b*)     $28,796.00
    e. Credits after judgment     $ -0-
    f. Subtotal (*subtract d from c*)     $28,796.00
    g. Interest after judgment     $ 6,841.81

h. Fee for filing renewal application  $ -0-
I. **Total renewed judgment** *(add e, 5, and g)*  $35,637.81

DATED: 10/21/2014  CLERK, by s/ J. Remigio ,
Deputy

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc., | Case No. CV 04-3580 ER (PJWx) |
| Plaintiff, | JUDGMENT ~~(Proposed)~~ |
| vs. | |
| Petra Moran Uraje, et al., | |
| Defendant. | |

Default having been entered in this action on December 10, 2004, and the application for and declarations in support of default judgment having been filed on or about February 8, 2005, and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///

///

///

JUDGMENT (Proposed)
CASE NO. CV 04-3580 ER (PJWx)
PAGE 1

14

ORIGINAL

IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered AGAINST DEFENDANT PETRA MORAN URAJE, INDIVIDUALLY AND D/B/A EL CHILANGO # 3 AND IN FAVOR OF GARDEN CITY BOXING CLUB, INC., IN THE SUM OF $ 26,600.00 plus attorneys' fees in the amount of $2,196.00, for TOTAL JUDGMENT OF $28,796.00 plus costs to be claimed on a Bill of Costs.

**ITS SO ORDERED:**

_Edward Rafeedie_ (signature)   Dated: MAR 2 2 2005

The Honorable Edward Rafeedie
United States District Court
Central District of California

///

///

JUDGMENT (Proposed)
CASE NO. CV 04-3580 ER (PJWx)
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071-3161. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 16, 2005, I served:

**JUDGMENT (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Petra Moran Uraje      (Defendant)
5924 Sinclair Ave.
Riverside, CA 92505

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 16, 2005, at Los Angeles, California.

Dated: March 16, 2005

_____
INESA MAMIDJANYAN

JUDGMENT (Proposed)
CASE NO. CV 04-3580 ER (PJWx)
PAGE 3

# PROOF OF SERVICE

PETRA MORAN URAJE,
individually and dba El Chilango #3
5924 Sinclair Avenue
Riverside, CA 92505

PETRA MORAN URAJE,
individually and dba El Chilango #3
3570 Martin Luther King Jr. Blvd.
Lynwood, CA 90262

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2014.

                                            /s/ Karene Jen
                                               Karene Jen