Al Lustgarten,Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

GARDEN CITY BOXING CLUB INC,                )
                                             )
            Plaintiff,        vs.            )    Case No.:  2:04-CV-03580-ER-PJW
                                             )
PETRA MORAN URAJE, et al,                    )    **RENEWAL OF JUDGMENT BY CLERK**
                                             )
            Defendant,                       )
_____)

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, Garden City Boxing Club Inc.,, and against Defendant, Petra Moran

Uraje , individually and dba El Chilango #3,  entered on March 23, 2005, and renewed October 21, 2014,

be and the same is hereby renewed in the amounts as set forth below:

        Renewal of money judgment

|   |   |   |   |
|---|---|---|---|
| a. | Total judgment | $ | 35,637.81 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **35,637.81** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **35,637.81** |
| f. | Interest after judgment (.10%) | $ | 319.05 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **35,956.86** |

Dated: July 18, 2024            CLERK, by Deputy _Sharon Hall Brown_

                                Clerk of U.S. District Court

                                Renewal of Judgment